UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES REGINALD COOKS,<br><br>             Plaintiff,<br><br>      v.<br><br>CRAIG J. MITCHELL,<br><br>             Defendant. | No.  2:15-cv-2403-MCE-EFB P<br><br><br>ORDER |

On November 24, 2015, this action was transferred to the Western Division of the United States District Court for the Central District of California.  Plaintiff filed objections to the transfer and, on December 11, 2015, the district judge affirmed the transfer order.  Plaintiff once again objects to that order, ECF No. 10.  The court takes no action on plaintiff's filing as the case in this district is now closed.  The Clerk is directed to terminate ECF No. 10.

Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated:  January 26, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE